Kerry Faughnan, Esq.
Nevada Bar No.12204
P.O. Box 335361
North Las Vegas, NV 89086
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERICA THOMPSON,<br><br>       Plaintiff,<br>vs.<br><br>THREE SQUARE FOOD BANK, a Domestic Non-Profit Corporation; MATTHEW J. MULDOON, individually and in his capacity as Chief Development Officer for Three Square; MARY BETH HARTLEB, individually and in her capacity as Human Resources Director for Three Square; and Does 1-10<br><br>       Defendants, | Case No.: 2:14-cv-00035-JCM-GWF<br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE** |

Comes now, Plaintiff, ERICA THOMPSON, by and through her attorney, Kerry P. Faughnan, Esq., and Defendants, THREE SQUARE FOOD BANK, MATTHEW J. MULDOON, and MARY BETH HATLEB, by and through their attorney, Justin Shiroff, Esq. of the Law Firm of Snell & Wilmer LLP and stipulate to the dismissal WITH prejudice of all claims in the above-entitled matter as the parties have reached a mutual settlement.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1

It is further stipulated and agreed between the parties that each party shall bear their own attorneys' fees and costs.

DATED: 4/1/14

By: /s/ Kerry P. Faughnan
Kerry P. Faughnan, Esq.
PO Box 335361
North Las Vegas, NV 89033
(702) 301-3096
(702) 331-4222-Fax
Attorney for Plaintiff

DATED: 4/1/14

SNELL & WILMER

By: /s/ Justin A. Shiroff
Justin A. Shiroff, Esq.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
(702) 784-5200
(702) 874-5252-Fax
Attorneys for Defendants
Three Square Food Bank, Matthew J. Muldoon, and Mary Beth Hartleb

## **ORDER**

Based upon the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the case is dismissed with prejudice, each party bearing their own attorneys' fees and costs.

DATED April 3, 2014.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

Submitted by:

By: /s/ Kerry P. Faughnan
Kerry P. Faughnan, Esq.
PO Box 335361
North Las Vegas, NV 89033
(702) 301-3096
(702) 331-4222-Fax
Attorney for Plaintiff